IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| DPV II, INC., | ) | |
| | ) | CASE NO. 14-07405 |
| | ) | |
| Debtor, | ) | JUDGE JANET S. BAER |
| | ) | |

**FINAL REPORT AND ACCOUNT**

Debtor DPV II, Inc. by counsel Ottenheimer Law Group, LLC by Lester A. Ottenheimer, III and for its Final Report and Account states as follows:

1. On September 16, 2014, this case was converted from Chapter 11 to Chapter 7.

2. As of the date hereof, there are no funds in the Debtor's bank account and there are no unpaid bills of the Debtor since the date of conversion.

3. In addition, there are no accounts receivables.

                                                      Respectfully Submitted,
                                                      DPV II, Inc.

                                                      By:   /s/ Lester A. Ottenheimer, III /s/

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400