IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| DPV II, INC., ) | |
| ) | CASE NO. 14-07405 |
| ) | |
| Debtor, ) | JUDGE JANET S. BAER |
| ) | |

## NOTICE OF FILING

TO:   US Trustee
      Patrick S. Layng
      219 S. Dearborn Street
      Room 873
      Chicago, IL 60604

   PLEASE TAKE NOTICE that, on the 1st day of October, 2014, there was filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, the **DEBTOR'S FINAL REPORT AND ACCOUNT** a copy of which is attached.


                                    DPV II, Inc.


                                    By**:**   /s/ Lester A. Ottenheimer, III
                                         Lester A. Ottenheimer III



Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Road, Suite 140
Buffalo Grove, Illinois  60089
(847) 520-9400

- 1 -

- 2 -

## CERTIFICATE AND AFFIDAVIT OF DELIVERY

    I, an attorney, state that a true copy of the attached pleading was electronically filed with the Clerk of the United States Bankruptcy Court and electronically transmitted to the Trustee and the Office of the Trustee before 5:45 p.m. this 1st day of October, 2014.

                                             /s/ Lester A. Ottenheimer, III/s/
                                             Lester A. Ottenheimer III